The People of the State of New York, Respondent, v. August Tonolo, Appellant.— Judgment of conviction of the County Court of Putnam county affirmed. No opinion. Thomas, Rich and Putnam, JJ., concurred; Jenks, P. J., and Carr, J., dissented for error in the instruction by the court at folio 320 of the record on appeal.

Sigmund Reiss, Respondent, v. Sylvan Levy, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Abraham Samuel, Appellant, v. Theodore A. Liebler and George C. Tyler, Respondents.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr and Stapleton, JJ., concurred; Thomas and Rich, JJ., voted for reversal on the ground that the verdict is against the weight of the evidence.

Leo Shuart, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Ambrose Van Tassel and Margaret Van Tassel, His Wife, Appellants, v. Alonzo Brown and Others, Respondents.— Order modified so as to direct the partition sale to be completed but to permit the defendant Alonzo Brown, upon payment of thirty dollars costs, to interpose an answer setting up the equitable claim, if any, that he might have upon the proceeds of the sale of the property in suit by reason of any improvements made by him thereon, and as thus modified the order is affirmed, without costs. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Viola F. Woodruff and Harrison S. Moore, as Executors, etc., Respondents, v. Elverton R. Chapman, Appellant, Impleaded with Joseph Cassidy, Defendant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

In the Matter of Alexander Marks, an Attorney.— Report of referee confirmed, and respondent disbarred. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Joseph Caruso, an Infant, etc., Respondent, v. Irene Caruso, an Infant, etc., Appellant.— Interlocutory judgment reversed, and a new trial granted, with costs to the appellant to abide the event, upon the ground that the testimony of the defendant tends to show intercourse by compulsion, while her letters do not reveal the fault for which she asks forgiveness, and the testimony of the other witnesses is so uncertain and fragmentary that it does not prove the offense. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

C. & E. Chapal Frères & Cie., Respondents, v. Charles Weinschenker and Others, Copartners, etc., Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence, and for error in the charge at